(October 30, 2007)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISMAEL HERNANDEZ, Appellant. [843 NYS2d 828]—Order, Supreme Court, Bronx County (Megan Tallmer, J.), entered on or about April 27, 2006, which adjudicated defendant a level two sex offender under the Sex Offender Registration Act (SORA) (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant's present arguments that the departure was based on factors adequately accounted for in the risk assessment instrument, or not constituting a proper basis for an upward departure, are improperly raised for the first time on appeal (CPLR 4017, 5501 [a] [3]; Correction Law § 168-n [3] [SORA appeals governed by applicable CPLR provisions]; *People v Cassano*, 34 AD3d 239 [2006], *lv denied* 8 NY3d 804 [2007]). Concur—Lippman, P.J., Andrias, Williams, Buckley and Kavanagh, JJ.